# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE OF ARTISTS AND RECORDING COMPANIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> DENSO INTERNATIONAL AMERICA, INC., <br><br> FORD MOTOR COMPANY, and <br><br> CLARION CORPORATION OF AMERICA, <br><br> Defendants. | Case No. 14-cv-1271 (KBJ) <br><br> ORAL ARGUMENT REQUESTED |

**FORD MOTOR COMPANY AND CLARION CORPORATION OF AMERICA'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b), Defendants Ford Motor Company and Clarion Corporation of America respectfully move this Court for an Order dismissing all of the claims against them. Specifically, Plaintiff Alliance of Artists and Recording Companies, Inc. has failed to set forth a claim upon which relief can be granted.

In support of this Motion, Defendants are filing herewith a Memorandum of Points and Authorities. Defendants request oral argument on this Motion.

For the reasons provided in the Memorandum, Defendants contend that the Audio Home Recording Act of 1992, 17 U.S.C. §§ 1001 et seq., is inapplicable to the accused technology. Consequently, Defendants respectfully request that the claims brought against them be dismissed in their entirety.

2

| | |
|---|---|
| October 10, 2014 | Respectfully submitted, |

/s/ Van H. Beckwith
Van H. Beckwith (admitted *pro hac vice*)
Paul J. Reilly (admitted *pro hac vice*)
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980
Telephone: (214) 953-6505
Facsimile:  (214) 661-4505
E-mail:  Van.Beckwith@bakerbotts.com
E-mail:  Paul.Reilly@bakerbotts.com

Joshua H. Packman (D.C. Bar No. 1015463)
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
Telephone: (202) 639-7726
Facsimile:  (202) 585-1053
E-mail:  Joshua.Packman@bakerbotts.com

*Counsel for Defendants Ford Motor Company and Clarion Corporation of America*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following counsel of record via ECF:

Andrew Phillip Bridges
Fenwick & West, LLP
555 California Street
Suite 1200
San Francisco, CA 94104
(415) 875-2300
abridges@fenwick.com

Richard Brian Dagen
Michael D. Bednarek
Axinn, Veltrop & Harkrider LLP
950 F Street, NW
Washington, DC 20004
(202) 721-5418
Fax: (202) 326-3384
rdagen@axinn.com
mbednarek@axinn.com

Annette L. Hurst
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105-2669
(415)-773-5700
ahurst@orrick.com

Steven John Routh
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400
Fax: (202) 339-8500
Email: srouth@orrick.com

    /s/ Van H. Beckwith
    Van H. Beckwith

*Counsel for Defendants Ford Motor Company and Clarion Corporation of America*