> LET THIS BE FILED.
> HONORABLE KETANJI BROWN JACKSON
> U.S. DISTRICT JUDGE
> 12/16/2014

December 12, 2014

The Honorable John D. Bates
The Honorable Ketanji Brown Jackson
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

    Re:    Notice of Related Cases: *AARC v. Chrysler Group LLC, et al.*, Civ. No. 1:14-cv-01920-JDB; *AARC v. Ford Motor Co. and General Motors LLC, et al.*, Civ. No. 1:14-cv-01271-KBJ

Dear Judge Bates and Judge Jackson:

    We represent Chrysler Group LLC, Mitsubishi Electric Automotive America, Inc., Mitsubishi Electric U.S., Inc., the defendants in the above referenced matter *AARC v. Chrysler Motor Group, et al.*, Civ. No. 1:14-cv-01920-JDB, currently pending before Judge Bates. Enclosed is a courtesy copy of a Notice of Designation of Related Civil Cases that we have filed with the clerk today, on the basis that our case is related to the above-referenced, earlier-filed case before Judge Jackson (*AARC v. Ford Motor Co. and General Motors LLC*, et al., Civ. No. 1:14-cv-01271-KBJ). Each case is a class action brought by the Alliance of Artists and Recording Companies, Inc., against major domestic automakers and their suppliers, seeking the same type of monetary, injunctive, and declaratory relief under the same provisions of the Audio Home Recording Act of 1992, 17 U.S.C. § 1001, *et seq.*, and alleging that car multimedia and navigation systems that record a variety of content on hard-disk drives are "digital audio recording devices" as defined in that Act. We respectfully submit that these cases involve common issues of fact and common questions of law. Treating these matters as related cases will enhance efficiency for the Court, the parties, and potentially third parties from whom discovery may be necessary. Moreover, it will avoid the possibility of inconsistent decisions in applying a rarely-used statute to products that did not exist and were not specifically contemplated by Congress at the time of enactment more than 22 years ago.

    We are serving this letter and the Notice on counsel for all parties in both cases. We have been informed that counsel for the defendants in the initially-filed case agree that these cases would more efficiently be addressed by the same judge. It is our understanding that the plaintiff disagrees with the designation of the cases as related under the standard set forth in Local Rule 40.5. We can be available at the Court's convenience for a teleconference if it has any questions about the subject matter of these cases.

309553.1

Respectfully submitted,

/s/ Frank C. Cimino
Frank C. Cimino
Megan S. Woodworth
Dickstein Shapiro LLP
1825 Eye St., N.W.
Washington, D.C. 20006
(202) 420-2200
*Counsel for Chrysler Group LLC*

/s/ Seth D. Greenstein
Seth D. Greenstein
Robert S. Schwartz
Constantine Cannon LLP
1001 Pennsylvania Ave. N.W., Suite 1300N
Washington, D.C. 20004
(202) 204-3500
*Counsel for Mitsubishi Automotive America, Inc. and Mitsubishi Electric U.S., Inc.*

Enclosure

cc:   Michael D. Bednarek
      Van H. Beckwith
      Andrew P. Bridges
      James M. Burger
      Dustin G. Cho
      Richard B. Dagen
      Walter D. Davis
      David L. Hayes
      E. Desmond Hogan
      Annette L. Hurst
      Mary E. Milionis
      Daniel K. Oakes
      Joshua H. Packman
      Paul J. Reilly
      Steven J. Routh
      Erica K. Songer
      Jonathan M. Sperling

309553.1

CLERK'S OFFICE  
UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLUMBIA

CO-932  
Rev. 4/96

### NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. 14-cv-01920  
(To be supplied by the Clerk)

**NOTICE TO PARTIES:**

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

1. **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

   A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

   - [ ] (a) relates to common property
   - [x] (b) involves common issues of fact
   - [ ] (c) grows out of the same event or transaction
   - [ ] (d) involves the validity or infringement of the same patent
   - [ ] (e) is filed by the same pro se litigant

2. **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

   A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

   Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

4. CAPTION AND CASE NUMBER OF RELATED CASE(ES). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

   Alliance of Artists and Recording Cos, Inc. v. General Motors Co, et al.    C.A. No. 14-cv-01271

   12/12/2014  
   DATE                    Signature of Plaintiff /Defendant (or counsel)