**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                          )
ALLIANCE OF ARTISTS AND RECORDING    )   Case No. 1:14-cv-1271-KBJ
COMPANIES, INC.,                                      )
                                                          )
                    Plaintiff,                             )
                                                          )
            v.                                             )
                                                          )
GENERAL MOTORS, LLC et. al.                    )
                                                          )
                                                          )
                    Defendants.                          )
_____)
                                                          )
ALLIANCE OF ARTISTS AND RECORDING    )   Case No. 1:14-cv-1920-KBJ
COMPANIES, INC.,                                      )
                                                          )
                    Plaintiff,                             )
                                                          )
            v.                                             )
                                                          )
CHRYSLER GROUP, LLC                            )
(now known as FCA US LLC), et al.,                )
                                                          )
                    Defendants.                          )
_____)


**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED**
**STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA AND**
**CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1**

        I, the undersigned, counsel of record for FCA US LLC, certify pursuant to LCvR 7.1

that, to the best of my knowledge and belief, Defendant FCA US LLC is owned by FCA North

America Holdings LLC, which in turn is owned by Fiat Chrysler Automobiles N.V., which is a

publically-traded company.

These representations are made in order that judges of this Court may determine the need for recusal.


Dated:  February 23, 2015                    Respectfully Submitted,

                                             /s/ *Megan S. Woodworth*
                                             Megan S. Woodworth (D.C. Bar No. 488775)
                                             MSWoodworth@venable.com
                                             Frank C. Cimino, Jr.
                                             FCCimino@venable.com
                                             VENABLE LLP
                                             575 7th Street, NW
                                             Washington, D.C. 20004 Telephone: (202)
                                             344-4569 Facsimile: (202) 344-8300

                                             *Counsel for Defendant FCA US LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(3).  As such, this document was served on all counsel who have consented to electronic service, on this 23rd of February, 2015.

/s/ *Megan S. Woodworth*
Megan S. Woodworth