**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALLIANCE OF ARTISTS AND RECORDING COMPANIES, INC.,<br><br>       Plaintiff<br>   v.<br><br>GENERAL MOTORS LLC, *et al.*,<br><br>       Defendants. | Civ. No. 1:14-cv-01271-KBJ<br><br>Honorable Judge Ketanji Brown Jackson<br><br>JURY TRIAL DEMANDED |
| ALLIANCE OF ARTISTS AND RECORDING COMPANIES, INC.,<br><br>       Plaintiff<br>   v.<br><br>CHRYSLER GROUP LLC,<br>(now known as FCA US LLC),<br>MITSUBISHI ELECTRIC AUTOMOTIVE AMERICA, INC.,<br><br>       Defendants. | Civ. No. 1:14-cv-01920-KBJ (consolidated) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA AND CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1**

    I, the undersigned, counsel of record for Defendant Mitsubishi Electric Automotive America, Inc. ("MEAA"), certify that to the best of my knowledge and belief, MEAA is a wholly-owned indirect subsidiary of Mitsubishi Electric Corporation, which is a publicly-traded company.

    These representations are made in order that judges of this court may determine the need for recusal.

Dated:  February 23, 2015                     Respectfully submitted,

                                                                      */s/  Seth D. Greenstein*
                                                                      _____
                                                                      Seth D. Greenstein (D.C. Bar No. 416733)
                                                                      David D. Golden (D.C. Bar No. 985047)
                                                                      Robert S. Schwartz (D.C. Bar No. 283713)
                                                                      CONSTANTINE CANNON, LLP
                                                                      1001 Pennsylvania Avenue, NW
                                                                      Suite 1300N
                                                                      Washington, DC 20004
                                                                      Phone: 202-204-3514
                                                                      Facsimile: 202-204-3501
                                                                      sgreenstein@constantinecannon.com
                                                                      dgolden@constantinecannon.com
                                                                      rschwartz@constantinecannon.com

                                                                      *Attorneys for Mitsubishi Electric Automotive America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 23rd day of February, 2015. Any other counsel of record will be served by first class mail.

*/s/ David D. Golden*
David D. Golden