**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALLIANCE OF ARTISTS AND RECORDING COMPANIES, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **GENERAL MOTORS COMPANY,** *et al.*, <br><br> Defendants. | Civil Action No. 14-cv-1271 (KBJ) |

<u>**INDEX OF EXHIBITS IN SUPPORT OF**</u>
<u>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**</u>

**INDEX OF EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1 | Declaration of Dr. Mark Jones<br>**Exhibit 1A** - Curriculum Vitae |
| 2 | Deposition Transcript of Dr. Gareth Loy taken on March 20, 2017 (excerpts) |
| 3 | Deposition Transcript of Dr. Mark T. Jones taken on March 29, 2017 (excerpts) |
| 4 | Declaration of Akihiro Ogasawara on Behalf of Denso International America, Inc. in Support of Defendants' Motion for Summary Judgment **[Redacted and Under Seal]**<br><br>**Exhibit 4A** - DENSO Specification for Epsilon Model **[Under Seal]**<br><br>**Exhibit 4B** - DENSO Specification for E-Flex Model (excerpts with certified translation) **[Under Seal]**<br><br>**Exhibit 4C** - DENSO Specification for GMT Models (excerpts with certified translation) **[Under Seal]**<br><br>**Exhibit 4D** - HDD Partitioning Specification (with certified translation) **[Under Seal]** |
| 5 | Declaration of Steve Lewicki in Support of Defendant General Motors LLC's Motion for Summary Judgment<br>**Exhibit 5A** - Product Codes for Hard Disk Drive Systems |
| 6 | Declaration of Steven Montealegre in Support of FCA US LLC's Motion for Summary Judgment |
| 7 | Declaration of Steven Montealegre |
| 8 | Declaration of Douglas Ray of Mitsubishi Electric Automotive America, Inc. in Support of Defendants' Joint Motion for Summary Judgment<br>**Exhibit 8A** - Radio Performance Requirements for 2010 RBZ/RB2 Radio – AM/FM/DVD/HDD/MP3/SDARS **[Under Seal]**<br>**Exhibit 8B** - Stipulation as to Phase 1 Matters **[Under Seal]**<br>**Exhibit 8C** - MEAA00001275 (with certified translation) **[Under Seal]** |
| 9 | Declaration of Kenneth M. Hipp in Support of Defendants' Joint Motion for Summary Judgment **[Redacted and Under Seal]**<br>**Exhibit 9A** - Data Sheets Showing Specifications of Hard Drive Models Used in the Clarion Navigation Systems<br>**Exhibit 9B** – Owner's Manuals for the Clarion Navigation Systems<br>**Exhibit 9C** - Spreadsheets Showing the Organizational Structure of the Information Stored on the Hard Drive of the Clarion Navigation Systems **[Under Seal and courtesy copy]**<br>**Exhibit 9D** - File Trees Showing the Contents of the Hard Drive for the Clarion Systems **[Under Seal]** |

Dated:  April 11, 2017                                Respectfully Submitted,

/s/ Annette L. Hurst                                  /s/ Van Beckwith
Annette L. Hurst (admitted *pro hac vice*)            Van Beckwith (admitted *pro hac vice*)
Orrick, Herrington & Sutcliffe LLP                    Paul J. Reilly (admitted *pro hac vice*)
405 Howard Street                                     Baker Botts L.L.P.
San Francisco, CA 94105-2669                          2001 Ross Avenue
(415)-773-5700                                        Dallas, TX 75201-2980
ahurst@orrick.com                                     Telephone: (214) 953-6500
                                                      Facsimile:  (214) 661-4505
Steven John Routh (D.C. Bar No. 376068)               E-mail:  Van.Beckwith@bakerbotts.com
Diana S. Fassbender (admitted *pro hac vice*)         E-mail:  Paul.Reilly@bakerbotts.com
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW                                  Lauren B. Emerson (admitted *pro hac vice*)
Washington, DC 20005                                  BAKER BOTTS L.L.P.
Telephone: (202) 339-8400                             30 Rockefeller Plaza
Facsimile: (202) 339-8500                             New York, NY 10112
srouth@orrick.com                                     Telephone: (212) 408-2533
dszego@orrick.com                                     Facsimile: (212) 259-2533
                                                      Lauren.Emerson@bakerbotts.com
James Mitchell Burger (D.C. Bar No. 151720)
Thompson Coburn LLP                                   Joshua H. Packman (D.C. Bar No. 1015463)
1909 K Street, NW, Suite 600                          BAKER BOTTS L.L.P.
Washington, DC 20006-1167                             1299 Pennsylvania Ave., NW
Telephone: (202) 585-6909                             Washington, DC 20004
Facsimile: (202) 318-8809                             Telephone: (202) 639-7726
jburger@thompsoncoburn.com                            Fax: (202) 585-1053
                                                      Joshua.Packman@bakerbotts.com
*Counsel for Defendant DENSO International*
*America, Inc.*                                       *Counsel for Defendant Clarion*
                                                      *Corporation of America*


/s/ Ellen S. Kennedy                                  /s/ Andrew P. Bridges
Ellen S. Kennedy (D.C. Bar No. 461670)                Andrew P. Bridges (Bar No. AR0002)
E. Desmond Hogan (D.C. Bar No. 458044)                David L. Hayes (D.C. Bar No. 476119)
Ryan Lee Ford (D.C. Bar No. 1004141)                  Jedediah Wakefield (admitted *pro hac vice*)
Hogan Lovells US LLP                                  Amy E. Hayden (admitted *pro hac vice*)
555 Thirteenth Street, NW                             Armen N. Nercessian (admitted *pro hac vice*)
Washington, DC 20004                                  FENWICK & WEST LLP
Telephone: (202) 637-5493                             555 California Street, 12th Floor
Fax: (202) 637-5910                                   San Francisco, CA 94104
ellen.kennedy@hoganlovells.com                        Telephone: (415) 875-2300
desmond.hogan@hoganlovells.com                        Facsimile: (415) 281-1350
ryan.ford@hoganlovells.com                            abridges@fenwick.com
                                                      dhayes@fenwick.com
*Counsel for Defendant Ford Motor Company*            jwakefield@fenwick.com

ahayden@fenwick.com
anercessian@fenwick.com

*Counsel for Defendant General Motors LLC*

/s/ Megan S. Woodworth

Megan S. Woodworth (D.C. Bar No. 488775)
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 344-4569
Facsimile: (202) 344-8300
MSWoodworth@venable.com

*Counsel for Defendant FCA US LLC*

/s/ Seth D. Greenstein

Seth D. Greenstein (D.C. Bar No. 416733)
Robert S. Schwartz (D.C. Bar No. 283713)
David D. Golden (D.C. Bar No. 985047)
CONSTANTINE CANNON, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 204-3500
Facsimile: (202) 204-3501
sgreenstein@constantinecannon.com
rschwartz@constantinecannon.com
dgolden@constantinecannon.com

*Counsel for Defendant Mitsubishi Electric
Automotive America, Inc.*