# EXHIBIT 9A

Data Sheet



# Endurastar™ J4K100 and N4K100

## 2.5-Inch Automotive 4200 RPM Hard Disk Drives

### Highlights
- Industry-leading 100GB[1] capacity optimized for automotive applications
- High operating altitude range of up to 5500 meters
- Wide operating temperature range from -30°C to +85°C
- 5th generation product, based on proven technology
- PATA and SATA interfaces

### Applications/Environments
- Automotive
- GPS navigation systems
- Surveillance applications
- Industrial applications

### Large Capacity, Robust Features for Extreme Environments
HGST delivers an industry-leading 100GB capacity in its latest Endurastar line of 2.5-inch hard drives designed especially for extreme environments. The Endurstar J4K100 and N4K100 models provide twice the capacity of their predecessors and are built to operate at altitudes of up to 5500 meters. The Endurastar J4K100 is designed for the most severe conditions, with an operating temperature range of -30°C to +85°C. For milder conditions, the Endurastar N4K100 provides an operating temperature range of -20°C to +75°C. The drives are offered in SATA and PATA interface options for design configuration flexibility.

### Right Choice for the Road
Endurastar hard drives are built to meet the rigors of the automotive environment, including navigation, telematics, in-car entertainment and vehicle relational management. The drives have been designed using a proven 5th generation platform.

### Rugged, Durable Design
These new Endurastar drives leverage time-proven technologies pioneered on HGST hard drives for notebook PCs to deliver quiet acoustics and robust performance. FDB motors provide quiet operation, and Thermal Fly-height Control (TFC) enhances reliability by maintaining more consistent spacing between the read/write head and the disk. Already in use across its other product lines, perpendicular magnetic recording (PMR) technology has been implemented on Endurastar J4K100 and N4K100 to deliver excellent soft error rates for improved reliability and performance under even the harshest environmental conditions. All models come standard with proven shock sensor technology and enhanced humidity absorption for superior reliability.

### Features and Benefits

|  | Feature / Function | Benefits |
|---|---|---|
| Capacity | 100GB maximum capacity | 25,000 4-minute MP3 songs, 35 movies. or 50 interactive games (2GB per game) * |
| Acoustics | Fluid Dynamic Bearing (FDB) motors | Quiet operation |
| Reliability | -30° C to +85° C operating temperature | Performs well in extreme temperature environments |
|  | High-endurance FDB motor | Supports 24x7 applications |
|  | Shock sensor technology | Cushions the drive in poor shock or vibration conditions |
|  | Perpendicular Magnetic Recording (PMR) technology with Thermal Fly-height Control (TFC) | Improved soft error rate and performance<br>Wide operating range for temperature and altitude |
| Interface | PATA and SATA | Configuration flexibility |

* Actual storage may vary depending on the compression rate applied. Capacities may not be combined.



100GB, 80GB and 40GB
4200 RPM I PATA and SATA



a Western Digital company

# Endurastar™ J4K100 and N4K100

## HGST Quality and Service

HGST Endurastar hard disk drives are designed to the highest quality standards and contain field-proven components. HGST provides worldwide technical support and integration services to enable global customers to bring their products to market quickly.

HGST drives are backed by an array of technical support and services, which may include customer and integration assistance. HGST is dedicated to providing a breadth of hard disk drive solutions to satisfy all of today's demanding computing needs.

### How to read the Endurastar model number
HEJ421010G9SA00 = 100GB, SATA interface
- H  = HGST
- E  = Endurastar
- J  = J4K100 model (N = N4K100)
- 42 = 4200 RPM
- 10 = Full capacity — 100GB
- 10 = Capacity this model, 10 = 100GB (80 = 80GB, 40 = 40GB)
- G  = Generation code
- 9  = 9.5mm z-height
- SA = Serial interface (AT = ATA interface)
- 0  = Feature code
- 0  = Reserved

### Information and Technical Support
www.hgst.com (Main Web site)
www.hgst.com/partners (Partner Web site)

### North America
support_usa@hgst.com
Toll free: 1 888 426-5214, Direct: 1 408 717-8087

### Asia Pacific
support_ap@hgst.com / 65 6840 9595

### EMEA and UK
support_uk@hgst.com / 44 20 7133 0032

### Germany
support_uk@hgst.com / 49 6929 993601

### Program Support
Partners First Program
channelpartners@hgst.com

[1] One GB is equal to one billion bytes when referring to hard drive capacity. Accessible capacity will vary depending on the operating environment and formatting.
[2] Portion of buffer used for firmware
[3] Intended for less than 20% duty cycle industrial applications and other non-mission critical applications at operational temperature 5°C to 55°C.
[4] Power requirements shown apply to average operating temperatures. For power requirements at low temperatures, see OEM specification at www.hgst.com/support.

| Specifications | J4K100 | N4K100 |
|---|---|---|
| Models | HEJ421010G9SA00 / HEJ421010G9AT00 HEJ421080G9SA00 / HEJ421080G9AT00 / HEJ421040G9AT00 | HEN421010G9AT00 HEN421080G9AT00 HEN421040G9AT00 |
| **Configuration** | | |
| Interface | SATA 1.5Gb/s / ATA-6 | ← |
| Capacity (GB)[1] | 100 / 80 // 100 / 80 / 40 | ← |
| Sector size (variable, bytes/sector) | 512 | ← |
| Recording zones | 24 | ← |
| Data heads | 2 | ← |
| Disks | 1 | ← |
| Aerial density (Gbit/sq.in, max) | 172 / 171 | ← |
| **Performance** | | |
| Data buffer (MB)[2] | 8 | ← |
| Rotational speed (RPM) | 4260 | ← |
| Latency average (ms) | 7.04 | ← |
| Media transfer rate (Mbits/s, max) | 559 / 554 | ← |
| Interface transfer rate (MB/s, max) | 150 / 100 Ultra DMA mode-5 16.6 PIO mode-4 | ← |
| Seek time (read, typical) (avg, ms)[3] | 13 | ← |
| **Reliability** | | |
| Error rate (non-recoverable) | < 1 per $10^{13}$ bits transferred | ← |
| Load/Unload cycle | 600,000 | ← |
| Availability[3] (hrs/day x days/wk) | 24x7 | ← |
| **Power** | | |
| Requirement | +5 VDC (+/-5%) | ← |
| Startup (W, peak, max)[4] | 6.5 | ← |
| Read/Write (W, average) | 2.5 | ← |
| Low power idle (W, average) | 0.8 | ← |
| Standby (W, average) | 0.15 | ← |
| Sleep (W) | 0.1 | ← |
| **Physical size** | | |
| Height (mm, max) | 9.5 | ← |
| Dimensions (width x depth, mm) | 70 x 100 | ← |
| Weight (g, max) | 97 | ← |
| **Environmental (operating)** | | |
| Ambient temperature | -30° to 85° C | -20° to 75° C |
| Altitude (m) | -300 to 5,500 | -300 to 3,000 |
| Shock (half-sine wave) | 250G (2ms) | ← |
| Vibration (sine-wave) | Up to 3G (10-500Hz) | ← |
| **Environmental (non-operating)** | | |
| Ambient temperature | -40° to 95° C | ← |
| Altitude (m) | -300 to 15,000 | ← |
| Shock (half-sine wave) | 800G (1ms) | ← |
| Ambient temperature | -40° to 65° C | ← |
| Vibration (sine-wave) | Up to 5G (10-500Hz) | ← |
| **Acoustics (A-weighted sound power)** | | |
| Idle (Bels, typical) | 2.4 | ← |
| Op (Bels, typical) | 3.0 | ← |



© 2012 HGST, a Western Digital company, 3403 Yerba Buena Road, San Jose, CA 95135 USA. Produced in the United States 4/09, rev. 9/12. All rights reserved.

Endurastar is a trademark of HGST, a Western Digital company. Other trademarks are property of their respective companies.

HGST trademarks are intended and authorized for use only in countries and jurisdictions in which HGST has obtained the rights to use, market and advertise the brand. Contact HGST for additional information. HGST shall not be liable to third parties for unauthorized use of this document or unauthorized use of its trademarks.

References in this publication to HGST's products, programs, or services do not imply that HGST intends to make these available in all countries in which it operates.

Product specifications provided are sample specifications and do not constitute a warranty. Information is true as of the date of publication and is subject to change. Actual specifications for unique part numbers may vary.

Please visit the Support section of our website, www.hgst.com/support, for additional information on product specifications. Photographs may show design models.

# Endurastar™ J4K50 and N4K50
## 2.5-INCH HARD DISK DRIVES


**Inspire the Next**

Industrial strength drives built for extreme environments

## Highlights
> Highest capacity Automotive HDD at 50GB; 67% more than prior model
> Expanded operating temperature range from -30° C to +85° C
> Highest operating altitude range of up to 5000 meters
> 4th generation product, based on proven technology

## Applications
> Automotive
> GPS navigation systems
> Applications running in hot and humid climates
> Industrial applications

## Features and Benefits

|  | Feature / Function | Benefits |
|---|---|---|
| Capacity | 50GB maximum capacity<br>40GB and 30GB also available | * 12,500 4-minute MP3 songs, or<br>* 17 movies<br>* 50 interactive games |
| Acoustics | Fluid Dynamic Bearing (FDB) motors | Quiet operation |
| Reliability | -30° C to +85° C operating temperature<br>-300m to +5,000m altitude on J4K50 | Performs well in extreme temperature environments |
|  | High-endurance FDB motor | Supports 24x7 applications |
|  | Shock sensor technology | Cushions the drive in poor shock or vibration conditions |
|  | Thermal Fly-height Control (TFC) | Improved soft error rate and performance |

*Actual storage may vary depending on the compression rate applied.



50, 40 and 30GB | 4200 RPM | ATA-6

## Built like a tank
Hitachi is first to deliver a 50GB per platter Endurastar hard drive for use in extreme environments. The Endurastar J4K50 and N4K50 are offered in capacities of 30 to 50GB. Along with the increased capacity, comes a wider temperature range and improved altitude range. Endurastar J4K50 is designed to operate in the most severe conditions, at temperatures of -30°C to +85°C and altitudes of -300 to +5000 meters. Endurastar N4K50 offers a temperature range of -16°C to +70°C at altitudes of -300 to 3000 meters. The new Endurastar models continue to leverage shock sensor technology for enhanced reliability and the proven technology of Hitachi HDDs for notebook PCs to deliver quiet acoustics and excellent performance. Hitachi Endurastar drives are designed to guard and deliver your data under the harshest environmental conditions.

## Made for the road
Hitachi Endurastar hard drives deliver the one-two punch of operating at the highest altitude and the most extreme temperatures. These drives are designed to meet the rigors of the automotive environment, including traditional navigation, telematics, in-car entertainment and vehicle relational management. This time-proven design supports around-the-clock applications in industrial environments.

The implementation of TFC, which enables direct control of the read/write element using heat, provides more consistent spacing between the read/write element and the media, thereby improving robustness and performance. These new Endurastar models are preferred for applications in the most radical environments ranging from desert heat to Antartic chill.

DATA SHEET

www.hitachiGST.com

# Endurastar™ J4K50 and N4K50


HITACHI
Inspire the Next

| Specifications | Endurastar J4K50 | Endurastar N4K50 |
|---|---|---|
| Model(s) | HEJ425050F9AT00<br>HEJ425040F9AT00<br>HEJ425030F9AT00 | HEN425050F9AT00<br>HEN425040F9AT00<br>HEN425030F9AT00 |
| Interface | ATA-6 | • • |
| Capacity (GB)[1] | 50 / 40 / 30 | • • |
| Sector size (variable, Bytes/sector) | 512 | • • |
| Recording zones | 24 | • • |
| Data heads (physical) | 2 | • • |
| Data Disks | 1 | • • |
| Max. areal density (Gbits/sq. in.) | 86.1 | • • |
| **Performance** | | |
| Data buffer (MB)[2] | 8 | • • |
| Rotational speed (RPM) | 4260 | • • |
| Latency average (ms) | 7.04 | • • |
| Media transfer rate (Mbits/sec, max) | 388 | • • |
| Interface transfer rate (MB/sec, max) | 100 Ultra DMA mode-5<br>16.6 PIO mode-4 | • • |
| Seek time (read, typical) (avg. ms) | 13 | • • |
| Maximum (typical, ms) | 24 | • • |
| Minimum (typical, ms) | 3 | • • |
| **Reliability** | | |
| Error rate (non-recoverable) | < 1 per $10^3$ bits transferred | • • |
| Load/unload | 600,000 | • • |
| Availability[3] (hrs/day x days/wk) | 24x7 | • |
| **Power** | | |
| Requirement | +5 VDC (+/-5%) | • • |
| Startup (W, peak, max.) | 6.5 | • • |
| Read / Write (W, avg.) | 2.15 | • • |
| Low power idle (W, avg.) | 0.8 | • • |
| Standby (W, avg.) | 0.15 | • • |
| Sleep (W) | 0.1 | • • |
| **Physical size** | | |
| z-height (mm) | 9.5 | • • |
| Dimensions (width x depth, mm) | 70 x 100 | • • |
| Weight (g, typ.) | 95 | • • |
| **Environmental (operating)** | | |
| Ambient temperature | -30° to 85° C | -16o to 70o C |
| Altitude (m) | -300 to 5,000 | -300 to 3,000 |
| Shock (half-sine wave) | 250G (2ms) | • • |
| Vibration (sine wave) | Up to 3G (10-500Hz) | • • |
| **Environmental (non-operating)** | | |
| Ambient temperature | -40° to 95° C | • • |
| Altitude (m) | -300 to 15,000 | • • |
| Shock (half-sine wave) | 800G (1ms) | • • |
| Vibration (sine wave) | Up to 5G (10-500Hz) | • • |
| **Acoustics (A-weighted sound power)** | | |
| Idle (Bels, typ.) | 2.4 | • • |
| Op (Bels, typ.) | 3.0 | • • |

Hitachi Global Storage Technologies' trademarks are authorized for use in countries and jurisdictions in which Hitachi Global Storage Technologies has the right to use, market and advertise the brands. Contact Hitachi Global Storage Technologies for further information. Hitachi Global Storage Technologies shall not be liable to third parties for unauthorized use of Hitachi Global Storage Technologies trademarks..

References in this publication to Hitachi Global Storage Technologies' products, programs, or services do not imply that Hitachi Global Storage Technologies intends to make these available in all countries in which it operates.

Product specifications provided are sample specifications and do not constitute a warranty. Information is true as of the date of publication and is subject to change. Actual specifications for unique part numbers may vary. Please visit the Support section of our website, www.hitachigst.com/support, for additional information on product specifications. Photographs may show design models.

DSEJ425007EN-03

## Hitachi quality and service

Hitachi Endurastar hard disk drives are designed to the highest quality standards and contain field-proven components. Hitachi provides worldwide technical support and integration services to enable global customers to bring their products to market quickly.

Hitachi drives are backed by an array of technical support and services, which may include customer and integration assistance. Hitachi is dedicated to providing a breadth of hard disk drive solutions to satisfy all of today's demanding computing needs.

### How to read the Travelstar model number
HTJ425050F9AT00 = 50 GB/8 MB buffer
H  = Hitachi
E  = Endurastar
J  = J4K50 model (N = N4K50)
42 = 4200 RPM
50 = Full capacity — 50 GB
50 = Capacity this model, 50 = 50 GB
     (40 = 40 GB, 30 = 30 GB)
F  = Generation code
9  = 9.5mm z-height
AT = ATA interface
0  = Feature code
0  = Reserved

### Information and Technical Support
www.hitachigst.com (Main Web site)
www.hitachigst.com/partners (Partner Web site)

### North America
support_usa@hitachigst.com
Toll free: 1 888 426-5214, Direct: 1 507 322-2370

### Asia Pacific
support_ap@hitachigst.com / 65 6840 9595

### EMEA and UK
support_uk@hitachigst.com / 44 20 7133 0032

### Germany
support_uk@hitachigst.com / 49 6929 993601

### Program Support
Partners First™ Program
channelpartners@hitachigst.com

---

1 One GB is equal to one billion bytes when referring to hard drive capacity. Accessible capacity may be less.
2 Portion of buffer capacity used for drive firmware.
3 Intended for less than 20 percent duty cycle industrial applications and other non mission critical applications.

© 2007 Hitachi Global Storage Technologies

Hitachi Global Storage Technologies
3403 Yerba Buena Road
San Jose, CA 95135 USA

Produced in the United States 8/06. Revised 11/08.
All rights reserved.

Endurastar™ and Partners First™ are trademarks of Hitachi Global Storage Technologies.

**@ Hitachi Global Storage Technologies**

CLARION_00000578

# TOSHIBA

Storage Device Division   www.toshiba-europe.com/storage

## Discover Storage

# MK4036GAC
# MK4036GACE
## 2.5-inch 40 GB HDD
## Temperature Enhanced

**Benefits:**
Built for extreme environments
Up to 2.0 G vibration tolerance
-30° to 85°C temperature range
Minimum Noise



Toshiba proudly introduces its premiere range of temperature enhanced hard disk drives specifically for the industrial market. Both the MK4036GAC and the MK4036GACE feature improved capacity and provide alternative temperature ranges to assist industrial machine manufacturers and after market suppliers in designing robust, storage-hungry automated applications.

The Temperature Enhanced Drive (TED) from Toshiba are able to withstand temperature ranges from -30° to +85° (MK4036GAC) and from -16° to 70° (MK4036GACE). The wide temperature specifications and humidity control provide unsurpassed reliability amid extreme operating conditions. The underlying technology in Toshiba TED is similar to its range of automotive drives. Toshiba's line of automotive HDDs enable a variety of applications, such as GPS navigation, digital music and video and other telematic systems. Due the company's pioneering technology in this area along with 85% world market share in the automotive HDD business, TED has been introduced due to demands from the industrial sector for rugged, high capacity storage in temperature volatile environments.

| Features: | MK4036GAC | MK4036GACE |
|---|---|---|
| **Data Storage Capacity:** | | |
| Per Drive, Formatted | 40 GB | |
| Number of Platters | 1 | |
| Number of Heads | 2 | |
| Bytes/Sector | 512 | |
| **Seek Time** | | |
| Track-to-Track | 3 ms | |
| Average | 16 ms | |
| Maximum | 28 ms | |
| Rotational Speed | 4,200 rpm | |
| **Interface** | | |
| Type | ATAPI-6 | |
| Transfer Rate to host | 100MB/sec | |
| Buffer | 8 MB | |
| **Nominal Power Requirements** | | |
| Voltage Supply | 5 V | |
| Start | 5.5 W (-20 to 85°) | 5.5 W |
| | 6.5 W (-30 to –20°) | |
| Sleep (Watts) | 0.1 W | |
| Standby (Watts) | 0.25 W | |
| Read/Write (Watts) | 2.0 W | |
| Idle | 1.0 W | |
| Low Power Idle | 0.8 W | |
| Seeking (Watts) | 2.3 W | |
| **Dimensions :** | | |
| Height | 9.5 mm | |
| Width | 69.85 mm | |
| Depth | 100 mm | |
| Weight | 96 g | |
| **Physical & Environmental Specifications** | | |
| Temperature Operating | -30° to 85° | -16° to 70° |
| Temperature Non-Op. | -40° to 85° | -40° to 80° |
| Vibration-Operating | 2.0 G max | |
| Shock-operation | 200 G | |
| Shock-Non operation | 800 G | |
| **Error Rates** | | |
| Unrecoverable | 1 error per $10^{13}$ bits read | |
| Seek | 1 error per $10^6$ seeks | |

**Applications:**
Industrial PC
Cash Systems
Automation Systems
Automotive Applications
CE Applications
GPS Navigation Systems
PVR
Video Surveillance

Storage Device Division, Hammfelddamm 8,
41460 Neuss, Germany
Email: SDDinfo@toshiba-teg.com
Hotline: www.toshiba-europe.com/storage/contact