**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ALLIANCE OF ARTISTS AND RECORDING
COMPANIES, INC., on behalf of itself and all
others similarly situated,

        Plaintiff

    v.

GENERAL MOTORS LLC, *et al.*,
        Defendants.

Civ. No. 1:14-cv-01271-KBJ

GENERAL MOTORS LLC,

        Counter Claimant

    v.

ALLIANCE OF ARTISTS AND RECORDING
COMPANIES, INC.,

        Counter Defendant.

**DEFENDANT GENERAL MOTORS LLC'S
PHASE 1(A) MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant General Motors LLC moves for partial summary judgment that the GM systems at issue in Phase 1(A) of the case, GM's "Flash Drive Devices" as the Court defined them in its scheduling order of November 15, 2016 (Dkt. No. 101 at 2), are not "digital audio recording devices" subject to the Audio Home Recording Act of 1992, 17 U.S.C. §§ 1001-1010. GM relies on the accompanying memorandum of points and authorities, its statement of undisputed facts in support of this motion, the declaration of Andrew P. Bridges in support of this motion and exhibits to that declaration, the declaration of Steve Lewicki in support of this motion, any other papers and argument that counsel may present to the Court, and the entire record of this case.

Pursuant to LCvR 7(f), GM respectfully requests an oral hearing on this motion at a date and time that the Court designates.

Respectfully submitted,

Dated: December 6, 2017

By:  */s/ Andrew P. Bridges*
Andrew P. Bridges (U.S. Dist. Ct. Bar ID AR0002)
David L. Hayes (D.C. Bar. No. 476119)
Jedediah Wakefield (admitted *pro hac vice*)
Guinevere L. Jobson (admitted *pro hac vice*)
Amy E. Hayden (admitted *pro hac vice*)
Armen N. Nercessian (admitted *pro hac vice*)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:   415.281.1350

*Attorneys for Defendant and Counterclaimant*
*General Motors LLC*

1