# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE OF ARTISTS AND RECORDING COMPANIES, INC., on behalf of itself and all others similarly situated,<br>　　　　Plaintiff<br><br>　　v.<br><br>GENERAL MOTORS LLC, *et al.*,<br>　　　　Defendants.<br><br>DENSO INTERNATIONAL AMERICA, INC.,<br>　　　　Counter Claimant<br><br>　　v.<br><br>ALLIANCE OF ARTISTS AND RECORDING COMPANIES, INC.,<br>　　　　Counter Defendant.<br><br>GENERAL MOTORS LLC,<br>　　　　Counter Claimant<br><br>　　v.<br><br>ALLIANCE OF ARTISTS AND RECORDING COMPANIES, INC.,<br>　　　　Counter Defendant. | Civ. No. 1:14-cv-01271-KBJ |

**PLAINTIFF ALLIANCE OF ARTISTS AND RECORDING COMPANIES, INC.'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PHASE 1(A)**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Alliance of Artists and Recording

Companies, Inc. ("AARC") respectfully moves this Court for an order entering partial summary

judgment in its favor.  Pursuant to LCvR 7(f), AARC respectfully requests an oral hearing on its Motion for Partial Summary Judgment, on a date and time designated by the Court.

Phase 1(A) discovery has shown that the Defendant General Motors, LLC's ("GM") GM/Alpine Flash Drive Device (product code "TAGM916A") reproduces sounds from, <u>inter alia</u>, audio compact discs and stores them to a single chip that only contains sounds, material incidental to such sounds and computer programs of a type expressly permitted by the Audio Home Recording Act of 1992 ("AHRA") to exist on a digital music recording ("DMR").  The Court should grant AARC partial summary judgment against Defendant GM, adjudging that the GM/Alpine Flash Drive Device is capable of making a digital audio copied recording ("DACR") for private use and permitting the case to proceed for further discovery and eventual trial as to the other elements of AARC's claims.

Accordingly, for the reasons set forth more fully in AARC's Memorandum of Points and Authorities in Support of its Motion for Partial Summary Judgment, AARC respectfully requests that the Court grant AARC partial summary judgment.

|  |  |
|---|---|
| Dated: December 6, 2017 | Respectfully submitted, |
|  | /s/  Richard B. Dagen |
|  | Richard B. Dagen (DC Bar No. 388115)<br>Daniel K. Oakes (DC Bar No. 1009519)<br>950 F Street, NW<br>Washington, DC 20004<br>Telephone: (202) 912-4700<br>Facsimile: (202) 912-4701<br>rdagen@axinn.com<br>doakes@axinn.com |
|  | Russell M. Steinthal (DC Bar No. NY0138)<br>114 West 47th Street, 22nd Floor<br>New York, NY 10036<br>Telephone: (212) 728-2207 |

Facsimile: (212) 728-2201
rsteinthal@axinn.com

*Counsel for Plaintiff Alliance of
Artists and Recording Companies, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system:

Annette L. Hurst
ORRICK, HERRINGTON & SUTCLIFFE, LLP
405 Howard Street
San Francisco, CA 94105-2669
(415) 773-5700 (telephone)
ahurst@orrick.com

Steven John Routh
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street,
NW Washington, DC 20005
(202) 339-8400 (telephone)
(202) 339-8500 (fax)
srouth@orrick.com

Diana Szego Fassbender
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339−8533 (telephone)
(202) 339−8500 (fax)

Joshua H. Packman
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave.,
NW Washington, DC 20004
(202) 639-7726 (telephone)
(202) 585-1053 (fax)
Joshua.Packman@bakerbotts.com

James Mitchell Burger
THOMPSON COBURN LLP
1909 K Street, NW, Suite 600
Washington, DC 20006-1167
(202) 585-6909 (telephone)
(202) 318-8809 (fax)
jburger@thompsoncoburn.com

Van H. Beckwith
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980
(214) 953-6505 (telephone)
(214) 661-4505 (fax)
Van.Beckwith@bakerbotts.com

Paul J. Reilly
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980
(214) 953-6849 (telephone)
(214) 661-4505 (fax)
Paul.Reilly@bakerbotts.com

Lauren Beth Emerson
BAKER & BOTTS, L.L.P.
30 Rockefeller Plaza
New York, NY 10112−4498
(212) 408−2533 (telephone)
(212) 259−2533 (fax)

Andrew P. Bridges
David Lloyd Hayes
Amy E. Hayden
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
(415) 875-2300 (telephone)
(415)281−1350 (fax)
abridges@fenwick.com
dhayes@fenwick.com

Armen Nercess Nercessian
FENWICK & WEST, LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041−2008
(650) 988−8500 (telephone)

<div style="column-count:2">

Seth D. Greenstein
Robert S. Schwartz
David D. Golden
CONSTANTINE CANNON LLP
1001 Pennsylvania Avenue NW
Suite 1300 North
Washington, DC 20004
(202) 204-3514 (telephone)
(202) 204-3501 (fax)
sgreenstein@constantinecannon.com
rschwartz@constantinecannon.com
dgolden@constantinecannon.com

Megan S. Woodworth
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4507 (telephone)
(202) 344-8300 (fax)
mswoodworth@venable.com

(650)938−5200 (fax)
anercessian@fenwick.com

Jedediah Wakefield
FENWICK, DAVIS & WEST
1920 N Street, N.W.
Suite 650
Washington, DC 20036
(415) 875−2300 (telephone)
(415)281−1350 (fax)
jwakefield@fenwick.com

Ellen S. Kennedy
Ryan Lee Ford
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, NW
Washington, DC 20004-1109
(202) 637-6591 (telephone)
(202) 637-5910 (fax)
ellen.kennedy@hoganlovells.com
ryan.ford@hoganlovells.com
desmond.hogan@hoganlovells.com


 /s/  Richard B. Dagen
Richard B. Dagen (DC Bar No. 388115)

*Counsel for Plaintiff Alliance of
Artists and Recording Companies, Inc.*

</div>