UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE OF ARTISTS AND RECORDING COMPANIES, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, et al.,<br><br>        Defendants. | Case No. 1:14-cv-1271-KBJ |

**JOINT RESPONSE TO SHOW-CAUSE ORDER (DKT. 168)**

All parties jointly respond to this Court's show-cause order (Dkt. 168) and inform the Court that they do not wish to maintain the Memorandum Opinion of March 23, 2018, under seal.

April 3, 2018

By: /s/ *Andrew P. Bridges*
 Andrew P. Bridges (Bar No. AR0002)
 David L. Hayes (D.C. Bar No. 476119)
 Amy E. Hayden (admitted *pro hac vice*)
 Armen N. Nercessian (admitted *pro hac vice*)
 Fenwick & West LLP
 555 California Street, 12th Floor
 San Francisco, CA 94104
 Telephone:  415.875.2300
 Facsimile:  415.281.1350
 *abridges@fenwick.com*
 *dhayes@fenwick.com*
 *ahayden@fenwick.com*
 *anercessian@fenwick.com*

*Counsel for Defendant General Motors LLC*

Respectfully submitted,

By: /s/ *Richard B. Dagen*
 Richard B. Dagen (D.C. Bar No. 388115)
 Daniel K. Oakes (D.C. Bar No. 1009519)
 Axinn, Veltrop & Harkrider LLP
 950 F Street, NW
 Washington, DC  20004
 Telephone:  (202) 912-4700
 Facsimile:   (202) 912-4701
 *rdagen@axinn.com*
 *doakes@axinn.com*

 Russell M. Steinthal (D.C. Bar No. NY0138)
 Axinn, Veltrop & Harkrider LLP
 114 West 47th Street, 22nd Floor
 New York, NY 10036
 Telephone:  (212) 728-2207
 Facsimile:   (212) 728-2201
 *rsteinthal@axinn.com*

 *Counsel for Plaintiff Alliance of Artists and Recording Companies, Inc.*

1

By: */s/ Annette L. Hurst*
Annette L. Hurst (admitted *pro hac vice*)
Orrick, Herrington & Sutcliffe, LLP
405 Howard Street
San Francisco, CA  94105-2669
Phone:  (415) 773-5700
*ahurst@orrick.com*

Steven John Routh (D.C. Bar No. 376068)
Diana S. Fassbender (admitted *pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Telephone:  (202) 339-8400
Facsimile:   (202) 339-8500
*srouth@orrick.com*
*dszego@orrick.com*

James Mitchell Burger (D.C. Bar No. 151720)
Thompson Coburn LLP
1909 K Street, NW, Suite 600
Washington, D.C. 20006-1167
Telephone:  (202) 585-6909
Facsimile:   (202) 318-8809
*jburger@thompsoncoburn.com*

*Counsel for Defendant Denso International America, Inc.*


By: */s/ Megan S. Woodworth*
Megan S. Woodworth (D.C. Bar No. 488775)
Venable LLP
600 Massachusetts, NW
Washington, DC 20001
Telephone: (202) 344-4507
Facsimile: (202) 344-8300
*MSWoodworth@venable.com*

*Counsel for Defendant FCA US LLC*


By: */s/ Paul J. Reilly*
Van H. Beckwith (admitted *pro hac vice*)
Paul J. Reilly admitted *pro hac vice*)
Baker & Botts, L.L.P.
2001 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone:  (214) 953-6849
Facsimile:   (214) 661-4505
*Van.Beckwith@bakerbotts.com*
*Paul.Reilly@bakerbotts.com*

Joshua H. Packman (D.C. Bar No. 1015463)
Baker Botts, LLP
The Warner Building
1299 Pennsylvania Avenue, NW, Suite 1300
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile:  (202) 585-1053
*Joshua.Packman@bakerbotts.com*

*Counsel for Defendant Clarion Corporation of America*


By: */s/ Ellen S. Kennedy*
Ellen S. Kennedy (D.C. Bar No. 461670)
E. Desmond Hogan (D.C. Bar No. 458044)
Ryan Lee Ford (D.C. Bar No. 1004141)
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
Telephone:  (202) 637-5600
Facsimile:   (202) 637-5910
*ellen.kennedy@hoganlovells.com*
*desmond.hogan@hoganlovells.com*
*ryan.ford@hoganlovells.com*

*Counsel for Defendant Ford Motor Company*

2

By: */s/ Seth D. Greenstein*
Seth D. Greenstein (D.C. Bar No. 416733)
Robert S. Schwartz (D.C. Bar No. 283713)
David D. Golden (D.C. Bar No. 985047)
Constantine Cannon, LLP
1001 Pennsylvania Avenue, NW Suite 1300N
Washington, DC 20004
Telephone: (202) 204-3500
Facsimile:  (202) 204-3501
*sgreenstein@constantinecannon.com*
*rschwartz@constantinecannon.com*
*dgolden@constantinecannon.com*

*Counsel for Defendant Mitsubishi Electric Automotive America, Inc.*

3